DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATIE L. MILLEDGE,**
Appellant,

v.

**JOHN E. PIERSON,**
Appellee.

No. 4D19-3952

[October 8, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-19-023458.

Katie L. Milledge, Pembroke Park, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***